ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 NOV -7 PM 2:47

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| WARD EDWARDS, INC., | |
|---|---|
| The Plaintiff, | |
| v. | CIVIL ACTION NO. CV 207-066 |
| | JURY TRIAL DEMANDED |
| THE DEVLIN GROUP, INC., | |
| The Defendant. | |

FINAL CONSENT ORDER AND JUDGMENT AGAINST DEFENDANT

THIS MATTER IS BEFORE THIS HONORABLE COURT upon the parties' joint motion for the entry of a final consent order and judgment in favor of the Plaintiff and against the Defendant. The Court hereby **GRANTS** the parties' joint motion and hereby **ORDERS** that the Plaintiff shall have final judgment against the Defendant in the amount of $340,361.63. This is a final and complete order and judgment to which both the Plaintiff and Defendant have consented. This judgment shall bear interest as provided by law.

SO ORDERED THIS 7 DAY OF November, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

Signatures Continued on the Next Page

1

CONSENTED TO:

| | |
|---|---|
| THE BISHOP LAW FIRM | BOUHAN, WILLIAMS & LEVY L.L.P. |

_____
JAMES A. BISHOP, ESQ.
Georgia State Bar No. 058600
Attorneys for the Defendant
7777 Gloucester Street, Suite 401
Brunswick, Georgia 31520
(912) 264-2390


WILLIAM T. LIGON, JR.

_____
C. FOSTER LINDBERG, ESQ.
Georgia State Bar No. 452940
Attorneys for the Defendant
1710 Gloucester Street
Brunswick, Georgia 31520
(912) 261-2263

_____
DAVID MICHAEL CONNER, ESQ.
Georgia State Bar No. 181845
Attorneys for the Plaintiff
The Armstrong House
447 Bull Street
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 236-2491 (Voice)
(912) 233-0811 (Facsimile)
www.bouhan.com (Web)
dmconner@bouhan.com (e-mail)